# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO MUNOZ ALEGRIA,<br><br>    Plaintiff,<br><br>    v.<br><br>RIVERSIDE COUNTY, et al.,<br><br>    Defendants. | Case No. ED CV 18-1989-DSF (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that defendant's Motion to Dismiss is granted, and Judgment will be entered dismissing the Complaint and this action with prejudice.

DATED:  December 5, 2019

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE