JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO MUNOZ ALEGRIA, | ) Case No. ED CV 18-1989-DSF (SP) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| RIVERSIDE COUNTY, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed with prejudice.

Dated: December 5, 2019

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE